IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILMER FLYING HAWK, JR.,<br><br>                Defendant. | 8:13CR403<br><br>**ORDER** |

      Defendant Wilmer Flying Hawk, Jr. appeared before the court on August 5, 2015 on a Petition for Offender Under Supervision [35]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Thomas J. O'Neill. Through his counsel, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [35] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision. I find that the report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

      **IT IS ORDERED:**

      1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 16, 2015 at 9:30 a.m. Defendant must be present in person.

      2.    The defendant is released on current conditions of supervision.

      Dated this 6th day of August, 2015

                                                            BY THE COURT:

                                                            s/ F.A. Gossett, III
                                                             United States Magistrate Judge